CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKY LAND, JR. QP4598
**Full Name of Plaintiff**   **Inmate Number**

v.

N. WOLF
**Name of Defendant 1**

J. BETHEART
**Name of Defendant 2**

GABRILLE SMITH
**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
HARRISBURG, PA
AUG 25 2025
PER_____ DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Ricky Land, JR.
Name (Last, First, MI)

QP4598
Inmate Number

SCI-Dallas
Place of Confinement

1000 Follies Road
Address

Dallas, P.A. 18612
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Wolf, N
Name (Last, First)

Sergeant at SCI-Huntingdon
Current Job Title

1120 Pike Street
Current Work Address

Huntingdon, P.A. 16652
City, County, State, Zip Code

Defendant 2:

Reihert, J

Name (Last, First)

Sergeant at SCI-Huntingdon

Current Job Title

1120 Pike Street

Current Work Address

Huntingdon, P.A. 16652

City, County, State, Zip Code


Defendant 3:

RN ~~God~~ Smith, Gabrille

Name (Last, First)

Physician Assistant

Current Job Title

1120 Pike Street

Current Work Address

Huntingdon, P.A. 16652

City, County, State, Zip Code


Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose. RLS

SCI-Huntingdon, Unit CA, cell CA-2-14, while climbing down from the top bunk.

B. On what date did the events giving rise to your claim(s) occur?

On or about January 28th, 2024

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

1.) On or about September 11th, 2023, I ruptured my Achilles Tendon while power walking.

2.) I reported to the Medical unit on or about September 12th, 2023, and was examined by Physician Asistant (PA) Gabrille Smith. She felt and acknowledged two knots on my Achilles Tendon where the rupture occured.

3.) Despite the fact that she witnessed me limping and in pain she simply gave me Motrin and an Ace Bandage then sent my back to my housing unit (Unit C-A) with instructions for self-therapeutic exercises.

4.) Because I was housed on the third tire of unit-CA and had to climb up and down two (2) flights of steps everyday to eat or go anywhere else in the jail on my injured Achilles Tendon I was experiencing substantial pain.

5.) On or about December 20th, 2023, while limping in substantial and agonizing pain from my Achilles injury, I had to make my way down the three (3) flights of steps to get my food tray. As I stepped down on my injured foot I felt my Achilles Tendon ruptured for a second time.

6.) I signed up for sick call and on or about January 2nd, 2024, I was seen by PA Gabrille Smith. I informed PA Smith about what happened to make my Achilles Tendon rupture again. PA Smith responded by telling me that these type of injuries take time to heal, that I just had to wait it out and continue on with the exercises. I then showed her a page from a medical book that I copied from the law library that clearly explained the initial treatment for an Achilles Tendon... this treatment consists of splinting with the ankle in planter flexion and immediate referral to an orthopedic surgeon. PA Smith yelled at me asked if I was going to believe her or the book. I then asked her if she would at least give me a medical boot to help prevent me from tearing my Achilles Tendon any further and she told me that she is not giving me a medical boot.

Pg. 4-A

7.) On or about January 24th, 2024, I was being transferred from RHU back to Unit-CA. When I arrived to Unit-CA, I was told that my assigned cell was on the second level on the top bunk. I immediately reported to the sergeant's desk and informed Sgt. N. Wolf that I had a bottom bunk pass. He checked and told me that my bottom bunk pass had expired. I explained to him that my Achilles Tendon was torn and I could not climb up and down from a top bunk, and I asked if he would call the Medical Unit to verify my injury.

8.) Sgt. N. Wolf called the Medical Unit and then told me they told him that my bottom bunk pass had expired and I needed to sign up for sick call in order to have it renewed. And despite my warning to Sgt. N. Wolf about my Achilles Tendon being seriously injured and my obvious inability to walk and him witnessing me limping, Sgt. N. Wolf made no effort to find out whether another cell was available and still made me limp my way up to the second level and sleep on the top bunk.

9.) The next morning I signed up for sick call to renew my bottom bunk status as instructed. I then confronted

Pg. 4-B

the morning block sergeant, Sgt. J. Reihearf. I informed her that my Achilles Tendon was torn and I needed to be on the bottom bunk, that I was never told by anybody that my bottom bunk status had expiration date. But despite my clear and present inability to walk without limping and having to hop on one foot, Sgt. J. Reihearf made no effort to find out whether another cell with a bottom bunk was available. Instead, she told me I needed to address my bottom bunk issues with the medical department by signing up for sick call.

10.) On or about January 28th, 2024, I was climbing down off the top bunk and my Achilles Tendon popped again for the third time. I reported to the officers desk and he called the medical unit. The medical unit staff report to the block with a wheelchair and wheeled me off to the medical unit.

11.) At the medical unit, Nurse Kristin assessed my injured Achilles Heel and acknowledged that it was swollen. She gave me ice, told me that the doctor was ordering me a medical boot and that my bottom bunk status was renewed.

pg. 7C

12.) An MRI of my Achilles was eventually ordered and performed at SCI-Benner on April 10th, 2024.

13.) The results of the MRI revealed an 85% high grade tear of my right Achilles Tendon.

14.) Surgery to repair my Achilles Tendon was scheduled and the operation was done on June 21st, 2024.

15.) On or about July 26, 2024, I was transferred to SCI-Phoenix to start physical therapy.

16.) It was determined that I did not have enough time to heal first before starting physical therapy. After the therapist stretched my Achilles Tendon out, that same night, the tendon became very sore, tender to the touch and swollen. The therapist showed me a copy of a chart he was using as a guideline for my therapy. He said that the chart did not come from my doctor as my doctor did not send him any instructions to follow so he was using guidelines from a previous client. Because my injury was not ready for the physical therapist, the therapist referred me back to the doctor.

Pg. 4-D

17.) I was seen by the physician on or about October 31, 2024. After conducting a Tompkins test the physician specifically ordered for me to start strength training physical therapy three (3) times a week. Because SCI-Dallas did not provide that type of treatment I was transferred to SCI-Mercer.

18.) I arrived at SCI-Mercer for physical therapy treatment on or about November 14, 2024. I did not receive the treatment that my outside physician ordered so I filed a grievance on December 10, 2024. In the grievance I informed them that I was not receiving the treatment as directed by my physician and that I wanted to be transferred back to SCI-Dallas until I could be sent to a facility that would accommodate for my treatment. In response to my complaint I was told that they were not given any specific orders to follow, that they were just told that I was to continue therapy.

19.) I was transferred back to SCI-Dallas and on January 8, 2025, I wrote the head of the medical unit, Ms. Tammy Gola, and I informed her about the lack of treatment I received at SCI-Mercer and how they told me that they never received any specific orders. I also informed her that I was still having difficulties with my Achilles Tendon and needed the guidance

Pg. 4-F

of a therapist 3x per week as ordered by my outside physician. I requested an alternative facility since SCI-Mercer did not accommodate for me treatment.

20.) Ms. Gola responded back on January 14, 2025, and in her response she informed me that all records received from outside providers are available in my electronic health record.

21.) I never received a response back about further treatment for my Achilles Tendon, nor have I received any further treatment.

Pg. 4E

### IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

That the defendants, employees of Pennsylvania Department of Corrections acted individually, deprived plaintiff R. Land his right to be free from cruel and unusual punishment as guaranteed to him by the Eight and Fourteeth Amendment of the U.S. Constitution and Article 1 & 13 of the Pennsylvania Constitution by:
a) The infliction of unecessary and unjustified pain and suffering,
b) Breaching their duty to protect from foreseeable harm,
c) persisting in a particular course of treatment in the face of resultant pain and risk of permanent injury

### V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Substantial pain from time my Achilles Tendon tore up until the present; permanent damage to my Achilles Tendon after surgery consists of a limp when I walk, lost of significant strength and function, a scare and constant pain. Mental anguish and suffering.

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

In seeking monetary damages for past, present and future pain and suffering; punitive damages for the defendants intentional actions or inactions.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____8/15/2025_____
Date



Ricky Loud #QP6578
SCI-Dallas
1000 Follies Road
Dallas, PA. 18612

RECEIVED
HARRISBURG, PA
AUG 25 2025
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
United States District Court
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite #101
Harrisburg, PA. 17102

INMATE MAIL

US POSTAGE